Kathryn Tassinari, OSB # 80115  
Brent Wells, OSB # 85403  
HARDER, WELLS, BARON & MANNING, P.C.  
474 Willamette Street  
Eugene, OR 97401  
(541) 686-1969  
kathrynt50@comcast.net  
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES C. GARDNER, ) | |
| ) | Case No. 6:16-cv-01105-YY |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR PAYMENT OF ATTORNEY |
| COMMISSIONER, ) | FEES PURSUANT TO EAJA |
| Social Security Administration, ) | |
| ) | |
| ) | |
| Defendant. ) | |

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,760.65 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff,* the award shall be made payable to Plaintiff's attorneys, Harder, Wells, Baron & Manning, P.C., if the Commissioner confirms that Plaintiff owes no debt to the government through the federal treasury offset program. There are no costs or expenses to be paid herein.

Dated this __27th__ day of April 2018.

                                                                      /s/Youlee Yim You  
                                                                      U.S. Magistrate Judge

PRESENTED BY:  
s/ Kathryn Tassinari  
Harder, Wells, Baron & Manning, P.C.  
Of Attorneys for Plaintiff